IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00189-CMA-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.    Toby Lopez

    Defendant.

## ORDER RE SENTENCING

The Court sentenced Defendant to time served, thus, IT IS ORDERED THAT Defendant Toby Lopez be released from incarceration.

DATED:  November __09__, 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge